press

EXPRESS EASY XED

2026-09-08 CRA 1.0 / "CRA"

From : ANDREW MARK SMIGELSKI
ANDREW MARK SMIGELSKI
CL 41 SUR # 68 SAN ANTONI
055410 ITAGUI
COLOMBIA

Origin: MDE

To : CLERK U.S DISTRICT COURT
CLERK U.S DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE , 16 TH FLOOR
94102 SAN FRANCISCO CA
UNITED STATES OF AMERICA

Contact: CLERK U.S DISTRICT COURT

US-Ce

Day Time

Ref: DC

Pce/Shpt Weight: 1 KG
Piece: 1/1

Contents => documents
general business

WAYBILL 79 3158 0716

(2L)US94102+60000000

(J) JD01 4600 0128 1608 8988

Recipient's Copy Piece 1 of 1

450

Golden Gate

CAS HCOC

AE

X

JCAF 4
EDD COMM
7931580716
PCS: 1

EXPRESS EASY XED

2026-09-08 OCKS 4.0 / "12 - 1883"

94102 SAN FRANCISCO, UNITED STATES OF AMERICA

Origin: MDE

US – JCC – JC1

UNK

Date: 2026 – 09 – 08
Pce/Shpt Weight: 1.0 KG
Piece: 1/1

Code DC 217 315

Content Description

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SEP 17 2026

FILED
SEP 17 2026
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

WAYBILL 79 3158 0716

(2L)US94102+60000000

(J) JD01 4600 0128 1608 8988

dhl.com

Maximum recommended weight 3 kg and height 5 cm