AO 239 (Rev. 12/13) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

FILED

SEP 17 2026

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

for the

Northern District of California

Andrew Mark Smigelski
*Plaintiff/Petitioner*
v.
OpenAI OpCo, LLC, et al.
*Defendant/Respondent*

Civil Action No. CV 26-10641 TSH

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS (Long Form)

**Affidavit in Support of the Application**

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested. I declare under penalty of perjury that the information below is true and understand that a false statement may result in a dismissal of my claims.

Signed: [signature]

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Date: September 4, 2026

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly income amount during the past 12 months | | Income amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $0 | $0 | $ 0 | 0 |
| Self-employment | $175 | $0 | $ 150 | $0 |
| Income from real property *(such as rental income)* | $0 | $0 | $ 0 | $0 |
| Interest and dividends | $0 | $0 | $ 0 | $0 |
| Gifts | $0 | $0 | $ 0 | $0 |
| Alimony | $0 | $0 | $ 0 | $0 |
| Child support | $0 | $0 | $ 0 | $0 |

| | | | | |
|---|---|---|---|---|
| Retirement *(such as social security, pensions, annuities, insurance)* | $ 0 | $ 0 | $ 0 | $0 |
| Disability *(such as social security, insurance payments)* | $ 0 | $ 0 | $ 0 | $0 |
| Unemployment payments | $ 0 | $ 0 | $ 0 | $0 |
| Public-assistance *(such as welfare)* | $ 0 | $ 0 | $ 0 | $0 |
| Other *(specify)*: | $ 0 | $ 0 | $ 0 | $0 |
| **Total monthly income:** | $ 175 | $ 0 | $ 150 | $0 |

2. List your employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| **Employer** | **Address** | **Dates of employment** | **Gross monthly pay** |
|---|---|---|---|
| Self-employed (Scout Theory LLC) | 986 Kenley Ave., Columbus, OH 43220 (mailing) | 2023 - present | $175 (avg.) |
| None other | N/A | N/A | $0 |

3. List your spouse's employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| **Employer** | **Address** | **Dates of employment** | **Gross monthly pay** |
|---|---|---|---|
| N/A (not married) | N/A | N/A | $0 |
| N/A | N/A | N/A | $0 |
| N/A | N/A | N/A | $0 |

4. How much cash do you and your spouse have? $ 40

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| **Financial institution** | **Type of account** | **Amount you have** | **Amount your spouse has** |
|---|---|---|---|
| U.S. bank (sole account) | Checking | $ 260 | $ 0 |
| None other (see attachment) | N/A | $ 0 | $ 0 |
| N/A | N/A | $ 0 | $ 0 |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Assets owned by you or your spouse | |
|---|---|
| Home *(Value)* | $ 0 (none owned) |
| Other real estate *(Value)* | $ 0 (none) |
| Motor vehicle #*1* *(Value)* | $ 0 (none) |
| Make and year: N/A | |
| Model: N/A | |
| Registration #: N/A | |
| Motor vehicle #*2* *(Value)* | $ 0 (none) |
| Make and year: N/A | |
| Model: N/A | |
| Registration #: N/A | |
| Other assets *(Value)* | $ 300 (laptop, phone - see attachment) |
| Other assets *(Value)* | $ 500 (domain names - see attachment) |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| Katalys LLC (see attachment) | $ Disputed; $0 received | $ 0 |
| Crawford & Co. / Zurich (see attachment) | $ Disputed; $0 received | $ 0 |
| None other | $ 0 | $ 0 |

7. State the persons who rely on you or your spouse for support.

| Name (or, if under 18, initials only) | Relationship | Age |
|---|---|---|
| None | N/A | N/A |
| N/A | N/A | N/A |
| N/A | N/A | N/A |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment *(including lot rented for mobile home)*<br>Are real estate taxes included? ☐ Yes ☑ No<br>Is property insurance included? ☐ Yes ☑ No | $ 220 | $ 0 |
| Utilities *(electricity, heating fuel, water, sewer, and telephone)* | $ 30 | $ 0 |
| Home maintenance *(repairs and upkeep)* | $ 0 | $ 0 |
| Food | $ 150 | $ 0 |
| Clothing | $ 10 | $ 0 |
| Laundry and dry-cleaning | $ 10 | $ 0 |
| Medical and dental expenses | $ 15 | $ 0 |
| Transportation *(not including motor vehicle payments)* | $ 25 | $ 0 |
| Recreation, entertainment, newspapers, magazines, etc. | $ 0 | $ 0 |
| Insurance *(not deducted from wages or included in mortgage payments)* | | |
| Homeowner's or renter's: None | $ 0 | $ 0 |
| Life: None | $ 0 | $ 0 |
| Health: None | $ 0 | $ 0 |
| Motor vehicle: None | $ 0 | $ 0 |
| Other: None | $ 0 | $ 0 |
| Taxes *(not deducted from wages or included in mortgage payments) (specify)*: | $ 0 | $ 0 |
| Installment payments | | |
| Motor vehicle: None | $ 0 | $ 0 |
| Credit card *(name)*: None | $ 0 | $ 0 |
| Department store *(name)*: None | $ 0 | $ 0 |
| Other: None | $ 0 | $ 0 |
| Alimony, maintenance, and support paid to others | $ 0 | $ 0 |

| | | |
|---|---|---|
| Regular expenses for operation of business, profession, or farm *(attach detailed statement)* | $ 45 | $ 0 |
| Other *(specify)*: Mobile phone and internet service | $ 25 | $ 0 |
| **Total monthly expenses:** | $ 530 | $ 0 |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

☑ Yes ☐ No If yes, describe on an attached sheet.

10. Have you spent — or will you be spending — any money for expenses or attorney fees in conjunction with this lawsuit? ☑ Yes ☐ No

If yes, how much? $ 25 (see attachment)

11. Provide any other information that will help explain why you cannot pay the costs of these proceedings.
My U.S. passport and identity documents were stolen on Jan. 28, 2026, which has prevented me from opening a bank account, renting in my own name, or obtaining regular employment where I now reside. My only income is irregular self-employment income of roughly $175/month, well below my $530/month basic living expenses; the gap is met by drawing down my remaining ~$300. I have no dependents, real property, vehicle, or savings, and cannot afford counsel. See attachment for detail.

12. Identify the city and state of your legal residence.
Columbus, Ohio (permanent legal residence). Temporarily residing in Medellin, Colombia.

Your daytime phone number: (614) 607-1230

Your age: 33 Your years of schooling: 13

Last four digits of your social-security number: 9873

Andrew Mark Smigelski
986 Kenley Avenue
Columbus, Ohio 43220
Telephone: (614) 607-1230
Email: smigelski.andy@gmail.com
*Plaintiff, Pro Se*

**UNITED STATES DISTRICT COURT**

NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

Andrew Mark Smigelski
986 Kenley Avenue
Columbus, Ohio 43220
Telephone: (614) 607-1230
Email: smigelski.andy@gmail.com
*Plaintiff, Pro Se*

**UNITED STATES DISTRICT COURT**

NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **ANDREW MARK SMIGELSKI,**<br>*Plaintiff,*<br>v.<br>**OPENAI OPCO, LLC; OPENAI GROUP PBC; CHATGPT (ARTIFICIAL INTELLIGENCE SYSTEM); SAM ALTMAN, INDIVIDUALLY; FEDERAL BUREAU OF INVESTIGATION; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; JOHN DOES 1-20, IN THEIR INDIVIDUAL CAPACITIES,**<br>*Defendants.* | **Case No. ____________**<br>**MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS AND FOR SERVICE OF PROCESS BY THE UNITED STATES MARSHAL (28 U.S.C. § 1915; FED. R. CIV. P. 4(C)(3))** |

## MOTION

**1.** Plaintiff Andrew Mark Smigelski, appearing pro se, respectfully moves this Court pursuant to 28 U.S.C. § 1915(a)(1) for leave to commence and prosecute this action without prepayment of fees or costs, and pursuant to 28 U.S.C. § 1915(d) and Federal Rule of Civil Procedure 4(c)(3) for an order directing that service of the summons and complaint be effected by the United States Marshals Service.

**2.** In support of this Motion, Plaintiff submits the accompanying Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form, AO 239), executed under penalty of perjury, which sets out Plaintiff's income, assets, and monthly expenses in detail.

**3.** As shown in the Application, Plaintiff has no employer, no regular wage income, and irregular self-employment income averaging well under $200 per month. Plaintiff holds approximately $300 in cash and bank deposits, owns no real property and no vehicle, and has monthly living expenses that exceed his income. Plaintiff's United States passport was stolen on January 28, 2026, which has prevented him from opening a local bank account or securing regular employment where he presently resides, and he has a pending application for protective status abroad.

**4.** Plaintiff is therefore unable to pay the $405 filing fee or the costs of service without depriving himself of the necessities of life. *Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 339 (1948). The Complaint is brought in good faith, states non-frivolous claims for relief under the United States Constitution, federal statutes, and California law, and is verified.

**5.** Because Plaintiff will be proceeding in forma pauperis, 28 U.S.C. § 1915(d) provides that "[t]he officers of the court shall issue and serve all process," and Rule 4(c)(3) requires the Court, on Plaintiff's request, to order that service be made by a United States marshal or deputy marshal. Plaintiff so requests. Completed USM-285 forms for each of the six named Defendants accompany this Motion. Service on Defendants FBI and ICE is governed by Fed. R. Civ. P. 4(i)(2), which additionally requires service on the United States Attorney for this District and on the Attorney General of the United States; Plaintiff requests that the Marshals Service effect that service as well.

**6.** Plaintiff further requests that, upon issuance of the summonses, the Clerk forward the summonses, copies of the Complaint with exhibits, and the USM-285 forms to the United States Marshals Service for service on Defendants OpenAI OpCo, LLC; OpenAI Group PBC; ChatGPT (through its developer and operator, OpenAI OpCo, LLC); Sam Altman; the Federal Bureau of Investigation; and U.S. Immigration and Customs Enforcement at the addresses stated on the USM-285 forms, and on the United States Attorney for the Northern District of California and the Attorney General of the United States as required by Fed. R. Civ. P. 4(i).

---

## CONCLUSION

**7.** For the foregoing reasons, Plaintiff respectfully requests that the Court (1) grant leave to proceed in forma pauperis; (2) order that service of process be effected by the United States Marshals Service at no cost to Plaintiff; and (3) direct the Clerk to issue the summonses submitted herewith. A proposed order is submitted with this Motion.

Dated: September 4, 2026

Respectfully submitted,

Andrew Mark Smigelski
Pro Se Plaintiff
986 Kenley Avenue, Columbus, Ohio 43220
(614) 607-1230 · smigelski.andy@gmail.com

Andrew Mark Smigelski
986 Kenley Avenue
Columbus, Ohio 43220
Telephone: (614) 607-1230
Email: smigelski.andy@gmail.com
*Plaintiff, Pro Se*

**UNITED STATES DISTRICT COURT**

NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

Andrew Mark Smigelski
986 Kenley Avenue
Columbus, Ohio 43220
Telephone: (614) 607-1230
Email: smigelski.andy@gmail.com
*Plaintiff, Pro Se*

**UNITED STATES DISTRICT COURT**

NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **ANDREW MARK SMIGELSKI,**<br>*Plaintiff,*<br>*v.*<br>**OPENAI OPCO, LLC; OPENAI GROUP PBC; CHATGPT (ARTIFICIAL INTELLIGENCE SYSTEM); SAM ALTMAN, INDIVIDUALLY; JOHN DOES 1-20, IN THEIR INDIVIDUAL CAPACITIES,**<br>*Defendants.* | **Case No. ____________**<br>**ATTACHMENT TO APPLICATION TO PROCEED WITHOUT PREPAYING FEES OR COSTS (AO 239)** |

Applicant: Andrew Mark Smigelski · Case No.: to be assigned · This attachment supplements the AO 239 form as instructed on page 1 of the form. All amounts are in U.S. dollars and are good-faith estimates; Applicant lives in Medellín, Colombia, and incurs expenses in Colombian pesos.

## QUESTION 4 — FINANCIAL ACCOUNTS

Applicant has one U.S. checking account with an approximate balance of $260 and approximately $40 in cash. Applicant has been unable to open a bank account in Colombia because his United

States passport and identity documents were stolen on January 28, 2026 and have not yet been replaced.

### QUESTION 5 — OTHER ASSETS

(a) A used laptop computer and mobile phone, combined approximate value $300. (b) Internet domain-name registrations held through Scout Theory LLC, an Ohio limited liability company of which Applicant is the sole member. The registrations have nominal resale value, estimated at $500 in aggregate, and produce the self-employment income reported in Question 1.

### QUESTION 6 — MONEY OWED TO APPLICANT

(a) Katalys LLC: unpaid affiliate-marketing commissions. The amount is disputed; Katalys did not respond to a written demand and Applicant intends to file a small-claims action in San Diego County, California. Nothing has been received. (b) Crawford & Company, administering an insurance claim on behalf of Zurich Colombia Seguros S.A. (Claim Rad. 8133951), for personal property stolen on January 28, 2026. The claim was denied on July 6, 2026 and is under appeal. Nothing has been received. Neither item is a liquid or reliable source of funds.

### QUESTION 8 — REGULAR BUSINESS EXPENSES (DETAILED STATEMENT)

| ITEM | MONTHLY |
|---|---:|
| Domain-name renewals (Scout Theory LLC portfolio, averaged) | $30 |
| Web hosting / VPS | $15 |
| **Total** | **$45** |

### QUESTION 9 — EXPECTED MAJOR CHANGES

Applicant's monthly expenses (approximately $530) already exceed his income (approximately $175). The shortfall is met by drawing down the balance reported in Question 4 and by deferring expenses. Applicant's ability to earn depends on replacement of his stolen identity documents and on the outcome of a pending application for protective status in Colombia, the timing of which is outside his control. No increase in income is expected during the next twelve months; a further decrease is possible.

### QUESTION 10 — MONEY SPENT ON THIS LAWSUIT

Approximately $25, consisting of the cost of printing and mailing this filing package to the Clerk by U.S. Certified Mail through an online print-and-mail service. No attorney fees have been or will be paid. No paralegal, typist, or other person has been paid in connection with this case or the completion of this form.

### QUESTION 11 — ADDITIONAL INFORMATION

Applicant is a United States citizen whose permanent legal residence is 986 Kenley Avenue, Columbus, Ohio 43220, and who is temporarily residing in Medellín, Colombia. His only income is irregular self-employment income from a small web-publishing business, which has declined

substantially and does not cover his basic living expenses. He has no dependents, no real property, no vehicle, and no savings beyond the approximately $300 stated in Question 4. He has prepared this action without counsel because he cannot afford to retain one.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 4, 2026

Respectfully submitted,

Andrew Mark Smigelski
Pro Se Plaintiff
986 Kenley Avenue, Columbus, Ohio 43220
(614) 607-1230 · smigelski.andy@gmail.com

Andrew Mark Smigelski
986 Kenley Avenue
Columbus, Ohio 43220
Telephone: (614) 607-1230
Email: smigelski.andy@gmail.com
*Plaintiff, Pro Se*

**UNITED STATES DISTRICT COURT**

NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

Andrew Mark Smigelski
986 Kenley Avenue
Columbus, Ohio 43220
Telephone: (614) 607-1230
Email: smigelski.andy@gmail.com
*Plaintiff, Pro Se*

**UNITED STATES DISTRICT COURT**

NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **ANDREW MARK SMIGELSKI,**<br>*Plaintiff,*<br>*v.*<br>**OPENAI OPCO, LLC; OPENAI GROUP PBC; CHATGPT (ARTIFICIAL INTELLIGENCE SYSTEM); SAM ALTMAN, INDIVIDUALLY; FEDERAL BUREAU OF INVESTIGATION; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; JOHN DOES 1-20, IN THEIR INDIVIDUAL CAPACITIES,**<br>*Defendants.* | **Case No. ____________**<br>**[PROPOSED] ORDER GRANTING LEAVE TO PROCEED IN FORMA PAUPERIS AND DIRECTING SERVICE BY THE UNITED STATES MARSHAL** |

Plaintiff Andrew Mark Smigelski has filed a Motion for Leave to Proceed In Forma Pauperis and for Service of Process by the United States Marshal, supported by an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form, AO 239) executed under penalty of perjury.

Having reviewed the Application, the Court finds that Plaintiff has made the showing required by

28 U.S.C. § 1915(a)(1) and is unable to pay the filing fee and costs of this action.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's Motion for Leave to Proceed In Forma Pauperis is GRANTED. Plaintiff may proceed without prepayment of fees or costs.
2. The Clerk shall issue the summonses submitted by Plaintiff for Defendants OpenAI OpCo, LLC; OpenAI Group PBC; ChatGPT (Artificial Intelligence System), c/o OpenAI OpCo, LLC; Sam Altman; Federal Bureau of Investigation; and U.S. Immigration and Customs Enforcement.
3. Pursuant to 28 U.S.C. § 1915(d) and Federal Rule of Civil Procedure 4(c)(3), the United States Marshals Service is DIRECTED to serve the summonses and copies of the Complaint, with exhibits, upon the foregoing Defendants at the addresses provided by Plaintiff on the USM-285 forms, and upon the United States Attorney for the Northern District of California and the Attorney General of the United States pursuant to Fed. R. Civ. P. 4(i), without prepayment of costs.
4. The Clerk shall provide the United States Marshals Service with the issued summonses, copies of the Complaint and exhibits, the USM-285 forms, and a copy of this Order.

IT IS SO ORDERED.

Dated: ____________________, 2026

______________________________________
United States District / Magistrate Judge