Andrew Mark Smigelski
986 Kenley Avenue
Columbus, Ohio 43220
Telephone: (614) 607-1230
Email: smigelski.andy@gmail.com
*Plaintiff, Pro Se*

FILED
SEP 17 2026
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**

NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

Andrew Mark Smigelski
986 Kenley Avenue
Columbus, Ohio 43220
Telephone: (614) 607-1230
Email: smigelski.andy@gmail.com
*Plaintiff, Pro Se*

**UNITED STATES DISTRICT COURT**

NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

CV26-10641 TSH

| | |
|---|---|
| **ANDREW MARK SMIGELSKI,**<br>*Plaintiff,*<br>v.<br>**OPENAI OPCO, LLC; OPENAI GROUP PBC; CHATGPT (ARTIFICIAL INTELLIGENCE SYSTEM); SAM ALTMAN, INDIVIDUALLY; FEDERAL BUREAU OF INVESTIGATION; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; JOHN DOES 1-20, IN THEIR INDIVIDUAL CAPACITIES,**<br>*Defendants.* | **Case No. ____________**<br>**CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS (CIVIL L.R. 3-15)** |

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

The undersigned further certifies that, as of this date, other than the named parties, the following persons, associations of persons, firms, partnerships, corporations (including, but not limited to,

parent corporations), or other entities are known by the undersigned to have either: (i) a financial interest in the subject matter in controversy or in a party to the proceeding; or (ii) any other kind of interest that could be substantially affected by the outcome of the proceeding:

| NAME | CONNECTION AND INTEREST |
|---|---|
| Scout Theory LLC | Ohio limited liability company wholly owned by Plaintiff; the ChatGPT Pro subscription at issue was used in its business, and it may have a financial interest in any damages awarded for harm to business operations. |
| OpenAI Foundation (formerly OpenAI, Inc.) | Upon information and belief, controlling parent of Defendant OpenAI Group PBC. |
| OpenAI Group PBC | Named Defendant; upon information and belief, direct or indirect parent of Defendant OpenAI OpCo, LLC. |
| United States of America; U.S. Department of Justice; U.S. Department of Homeland Security | Parent departments of Defendants FBI and ICE; the United States is the real party in interest as to non-monetary relief sought against those agencies. |

Plaintiff is an individual and has no parent corporation or publicly held corporation owning stock in him. Plaintiff has no knowledge of the full ownership structure of the OpenAI entities beyond public reporting and will supplement this certification as required by Civil L.R. 3-15(b).

Dated: September 4, 2026

Respectfully submitted,

Andrew Mark Smigelski
Pro Se Plaintiff
986 Kenley Avenue, Columbus, Ohio 43220
(614) 607-1230 · smigelski.andy@gmail.com