AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

Andrew Mark Smigelski

*Plaintiff(s)*

v.

OpenAI OpCo, LLC; OpenAI Group PBC; ChatGPT (Artificial Intelligence System); Sam Altman, Individually; Federal Bureau of Investigation; U.S. Immigration and Customs Enforcement; John Does 1-20, in their individual capacities

*Defendant(s)*

CV26-10641 TSH

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* U.S. Immigration and Customs Enforcement
Attn: Office of the Principal Legal Advisor
500 12th Street SW
Washington, DC 20536

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Andrew Mark Smigelski, Plaintiff Pro Se
986 Kenley Avenue
Columbus, Ohio 43220
(614) 607-1230 | smigelski.andy@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ____________________

____________________
*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* U.S. Immigration and Customs Enforcement was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________ , a person of suitable age and discretion who resides there, on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________ , who is designated by law to accept service of process on behalf of *(name of organization)* ______________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________ ; or

❒ Other *(specify)*:

My fees are $ ______________ for travel and $ ______________ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________
*Server's signature*

______________
*Printed name and title*

______________
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

Andrew Mark Smigelski

*Plaintiff(s)*

v.

OpenAI OpCo, LLC; OpenAI Group PBC; ChatGPT (Artificial Intelligence System); Sam Altman, Individually; Federal Bureau of Investigation; U.S. Immigration and Customs Enforcement; John Does 1-20, in their individual capacities

*Defendant(s)*

Civil Action No. CV 26-10641 TSH

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Sam Altman
c/o OpenAI
1455 3rd Street
San Francisco, California 94158

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Andrew Mark Smigelski, Plaintiff Pro Se
986 Kenley Avenue
Columbus, Ohio 43220
(614) 607-1230 | smigelski.andy@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ____________________

____________________
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Sam Altman ______________________

was received by me on *(date)* ______________ .

❐ I personally served the summons on the individual at *(place)* ______________________

______________________ on *(date)* ______________ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* ______________

______________________ , a person of suitable age and discretion who resides there,

on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* ______________________ , who is

designated by law to accept service of process on behalf of *(name of organization)* ______________

______________________ on *(date)* ______________ ; or

❐ I returned the summons unexecuted because ______________________ ; or

❐ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0 ________ .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

Andrew Mark Smigelski

*Plaintiff(s)*

v.

OpenAI OpCo, LLC; OpenAI Group PBC; ChatGPT (Artificial Intelligence System); Sam Altman, Individually; Federal Bureau of Investigation; U.S. Immigration and Customs Enforcement; John Does 1-20, *in their individual capacities*

*Defendant(s)*

Civil Action No. CV26-10641 TSH

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Federal Bureau of Investigation
Attn: Office of the General Counsel
935 Pennsylvania Avenue NW
Washington, DC 20535

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Andrew Mark Smigelski, Plaintiff Pro Se
986 Kenley Avenue
Columbus, Ohio 43220
(614) 607-1230 | smigelski.andy@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ____________________

____________________
*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Federal Bureau of Investigation
was received by me on *(date)* ______________ .

☐ I personally served the summons on the individual at *(place)* ______________ on *(date)* ______________ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______________ , a person of suitable age and discretion who resides there, on *(date)* ______________ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ______________ , who is designated by law to accept service of process on behalf of *(name of organization)* ______________ on *(date)* ______________ ; or

☐ I returned the summons unexecuted because ______________ ; or

☐ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0 ________ .

I declare under penalty of perjury that this information is true.

Date: ______________

______________
*Server's signature*

______________
*Printed name and title*

______________
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

Andrew Mark Smigelski

*Plaintiff(s)*

v.

OpenAI OpCo, LLC; OpenAI Group PBC; ChatGPT (Artificial Intelligence System); Sam Altman, Individually; Federal Bureau of Investigation; U.S. Immigration and Customs Enforcement; John Does 1-20, in their individual capacities

*Defendant(s)*

CV 26- 10641 TSH

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ChatGPT (Artificial Intelligence System)
c/o OpenAI OpCo, LLC, its developer and operator
1455 3rd Street
San Francisco, California 94158greenhouseguide.co (Homestead cluster sibling) — 60 articles planned

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Andrew Mark Smigelski, Plaintiff Pro Se
986 Kenley Avenue
Columbus, Ohio 43220
(614) 607-1230 | smigelski.andy@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ________________

*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ChatGPT (Artificial Intelligence System)
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________
______________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________ ; or

❒ Other *(specify)*:

My fees are $ ______________ for travel and $ ______________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________
*Server's signature*

______________
*Printed name and title*

______________
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

Andrew Mark Smigelski

*Plaintiff(s)*

v.

OpenAI OpCo, LLC; OpenAI Group PBC; ChatGPT (Artificial Intelligence System); Sam Altman, Individually; Federal Bureau of Investigation; U.S. Immigration and Customs Enforcement; John Does 1-20, in their individual capacities

*Defendant(s)*

Civil Action No. CV 26-10641 TSH

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* OpenAI OpCo, LLC
1455 3rd Street
San Francisco, California 94158

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Andrew Mark Smigelski, Plaintiff Pro Se
986 Kenley Avenue
Columbus, Ohio 43220
(614) 607-1230 | smigelski.andy@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ____________________

____________________
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* OpenAI OpCo, LLC
was received by me on *(date)* ______________ .

☐ I personally served the summons on the individual at *(place)* ______________
______________ on *(date)* ______________ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ______________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________ on *(date)* ______________ ; or

☐ I returned the summons unexecuted because ______________ ; or

☐ Other *(specify)*:

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________
*Server's signature*

______________
*Printed name and title*

______________
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | |
|---|---|
| Andrew Mark Smigelski<br><br>*Plaintiff(s)*<br>v.<br>OpenAI OpCo, LLC; OpenAI Group PBC; ChatGPT (Artificial Intelligence System); Sam Altman, Individually; Federal Bureau of Investigation; U.S. Immigration and Customs Enforcement; John Does 1-20, in their individual capacities<br><br>*Defendant(s)* | CV 26-10641<br><br>Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* OpenAI Group PBC
1455 3rd Street
San Francisco, California 94158

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Andrew Mark Smigelski, Plaintiff Pro Se
986 Kenley Avenue
Columbus, Ohio 43220
(614) 607-1230 | smigelski.andy@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ____________________

____________________
*Signature of Clerk or Deputy Clerk*

Civil Action No.

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* OpenAI Group PBC
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________
______________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________ ; or

❒ Other *(specify)*:

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________
*Server's signature*

______________
*Printed name and title*

______________
*Server's address*

Additional information regarding attempted service, etc:

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN

*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Andrew Mark Smigelski | To be assigned |
| **DEFENDANT** | **TYPE OF PROCESS** |
| OpenAI OpCo, LLC, et al. | Summons and Complaint (with Exhibits A-H); Order granting IFP |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
OpenAI OpCo, LLC, a Delaware limited liability company
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
1455 3rd Street, San Francisco, California 94158

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Andrew Mark Smigelski, Plaintiff Pro Se<br>986 Kenley Avenue<br>Columbus, Ohio 43220<br>smigelski.andy@gmail.com | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 6 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE ***(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):***
Corporate defendant. Serve under Fed. R. Civ. P. 4(h)(1)(B) by delivery to an officer, managing or general agent, or agent authorized to receive service at the principal place of business above (OpenAI headquarters), or on the registered agent shown in California Secretary of State records. Plaintiff proceeds IFP; service at no cost to Plaintiff, 28 U.S.C. 1915(d). Plaintiff resides abroad; contact by email: smigelski.andy@gmail.com.

| Signature of Attorney other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| [signature] | ☒ PLAINTIFF<br>☐ DEFENDANT | (614) 607-1230 | 9-4-26 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | | | | |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | ☐ am ☐ pm |
|---|---|---|---|
| **Address** *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy | | |

***Costs shown on attached USMS Cost Sheet >>***

REMARKS

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN

*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Andrew Mark Smigelski | To be assigned |
| DEFENDANT | TYPE OF PROCESS |
| OpenAI OpCo, LLC, et al. | Summons and Complaint (with Exhibits A-H); Order granting IFP |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
U.S. Immigration and Customs Enforcement, a federal agency (U.S. Department of Homeland Security)

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
Attn: Office of the Principal Legal Advisor, 500 12th Street SW, Washington, DC 20536

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Andrew Mark Smigelski, Plaintiff Pro Se<br>986 Kenley Avenue<br>Columbus, Ohio 43220<br>smigelski.andy@gmail.com | Number of process to be served with this Form 285 | 3 |
| | Number of parties to be served in this case | 6 |
| | Check for service on U.S.A. | X |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

FEDERAL AGENCY - Fed. R. Civ. P. 4(i)(2). Serve (1) the agency at the address above by certified mail; (2) the United States Attorney for the Northern District of California, 450 Golden Gate Ave., 11th Floor, San Francisco, CA 94102 (civil-process clerk); and (3) the Attorney General of the United States, 950 Pennsylvania Ave. NW, Washington, DC 20530, by certified mail. Two additional copies of summons and complaint are enclosed for (2) and (3). Named for declaratory/injunctive relief only. Plaintiff proceeds IFP, 28 U.S.C. 1915(d). Contact: smigelski.andy@gmail.com.

| Signature of Attorney other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| [signature] | ☒ PLAINTIFF<br>☐ DEFENDANT | (614) 607-1230 | 9-4-26 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | | | | |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time ☐ am ☐ pm |
|---|---|---|
| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy | |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN

*See "Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| PLAINTIFF<br>Andrew Mark Smigelski | COURT CASE NUMBER<br>To be assigned |
| DEFENDANT<br>OpenAI OpCo, LLC, et al. | TYPE OF PROCESS<br>Summons and Complaint (with Exhibits A-H); Order granting IFP |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Federal Bureau of Investigation, a federal agency (U.S. Department of Justice)

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
Attn: Office of the General Counsel, 935 Pennsylvania Avenue NW, Washington, DC 20535

| | |
|---|---|
| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW<br>Andrew Mark Smigelski, Plaintiff Pro Se<br>986 Kenley Avenue<br>Columbus, Ohio 43220<br>smigelski.andy@gmail.com | Number of process to be served with this Form 285: 3<br>Number of parties to be served in this case: 6<br>Check for service on U.S.A.: X |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

FEDERAL AGENCY - Fed. R. Civ. P. 4(i)(2). Serve (1) the agency at the address above by certified mail; (2) the United States Attorney for the Northern District of California, 450 Golden Gate Ave., 11th Floor, San Francisco, CA 94102 (civil-process clerk); and (3) the Attorney General of the United States, 950 Pennsylvania Ave. NW, Washington, DC 20530, by certified mail. Two additional copies of summons and complaint are enclosed for (2) and (3). Named for declaratory/injunctive relief only. Plaintiff proceeds IFP, 28 U.S.C. 1915(d). Contact: smigelski.andy@gmail.com.

| | | | |
|---|---|---|---|
| Signature of Attorney other Originator requesting service on behalf of: [signature] | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>(614) 607-1230 | DATE<br>September 4, 2026 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | | | | |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time ☐ am ☐ pm |
|---|---|---|
| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy | |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN

*See "Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| PLAINTIFF<br>Andrew Mark Smigelski | COURT CASE NUMBER<br>To be assigned |
| DEFENDANT<br>OpenAI OpCo, LLC, et al. | TYPE OF PROCESS<br>Summons and Complaint (with Exhibits A-H); Order granting IFP |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
OpenAI Group PBC, a Delaware public benefit corporation

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
1455 3rd Street, San Francisco, California 94158

| | |
|---|---|
| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | Number of process to be served with this Form 285: 1 |
| Andrew Mark Smigelski, Plaintiff Pro Se<br>986 Kenley Avenue<br>Columbus, Ohio 43220<br>smigelski.andy@gmail.com | Number of parties to be served in this case: 6 |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Corporate defendant. Serve under Fed. R. Civ. P. 4(h)(1)(B) by delivery to an officer, managing or general agent, or agent authorized to receive service at the principal place of business above (OpenAI headquarters), or on the registered agent shown in California Secretary of State records. Plaintiff proceeds IFP; service at no cost to Plaintiff, 28 U.S.C. 1915(d). Plaintiff resides abroad; contact by email: smigelski.andy@gmail.com.

Andrew Smigelski

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>(614) 607-1230 | DATE<br>September 4 2026 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin<br>No. ____ | District to Serve<br>No. ____ | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time ☐ am ☐ pm |
|---|---|---|
| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy | |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN

*See "Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| PLAINTIFF<br>Andrew Mark Smigelski | COURT CASE NUMBER<br>To be assigned |
| DEFENDANT<br>OpenAI OpCo, LLC, et al. | TYPE OF PROCESS<br>Summons and Complaint (with Exhibits A-H); Order granting IFP |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Sam Altman, an individual
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
c/o OpenAI, 1455 3rd Street, San Francisco, California 94158

| | |
|---|---|
| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | Number of process to be served with this Form 285: 1 |
| Andrew Mark Smigelski, Plaintiff Pro Se<br>986 Kenley Avenue<br>Columbus, Ohio 43220<br>smigelski.andy@gmail.com | Number of parties to be served in this case: 6 |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE ***(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):***
Individual defendant (CEO of OpenAI). Serve under Fed. R. Civ. P. 4(e) at his place of business above during business hours, or by any method permitted by Cal. Code Civ. Proc. 415.10 et seq. Plaintiff proceeds IFP; service at no cost to Plaintiff, 28 U.S.C. 1915(d). Plaintiff resides abroad; contact by email: smigelski.andy@gmail.com.

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER<br>(614) 607-1230 | DATE<br>September 4 2026 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | | | | |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time ☐ am ☐ pm |
|---|---|---|
| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy | |

***Costs shown on attached USMS Cost Sheet >>***

REMARKS

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN

*See "Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| PLAINTIFF<br>Andrew Mark Smigelski | COURT CASE NUMBER<br>To be assigned |
| DEFENDANT<br>OpenAI OpCo, LLC, et al. | TYPE OF PROCESS<br>Summons and Complaint (with Exhibits A-H); Order granting IFP |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
ChatGPT (Artificial Intelligence System), an artificial intelligence system developed and operated by OpenAI

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
c/o OpenAI OpCo, LLC, its developer and operator, 1455 3rd Street, San Francisco, California 94158

| | |
|---|---|
| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW<br>Andrew Mark Smigelski, Plaintiff Pro Se<br>986 Kenley Avenue<br>Columbus, Ohio 43220<br>smigelski.andy@gmail.com | Number of process to be served with this Form 285: 1<br>Number of parties to be served in this case: 6<br>Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE ***(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):***
Defendant is an artificial intelligence system named in the alternative (Complaint paras. 13, 83-85). Deliver summons and complaint to its developer and operator, OpenAI OpCo, LLC, at the address above under Fed. R. Civ. P. 4(h)(1)(B), addressed "ChatGPT, c/o OpenAI OpCo, LLC." Capacity is reserved for the Court; the Marshal is asked only to deliver. Plaintiff proceeds IFP, 28 U.S.C. 1915(d). Contact by email: smigelski.andy@gmail.com.

| Signature of Attorney other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| [signature] | ☒ PLAINTIFF<br>☐ DEFENDANT | (614) 607-1230 | 9-4-26 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin<br>No. | District to Serve<br>No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | | | | |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time ☐ am ☐ pm |
|---|---|---|
| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy | |

***Costs shown on attached USMS Cost Sheet >>***

REMARKS

Form USM-285
Rev. 03/21