ANDREW MARK SMIGELSKI
Medellín, Antioquia, Colombia
smigelski.andy@gmail.com
Plaintiff, Pro Se

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ANDREW MARK SMIGELSKI,<br><br>Plaintiff,<br><br>v.<br><br>OPENAI OPCO, LLC, et al.,<br><br>Defendants. | Case No. 3:26-cv-10641-TSH<br><br>Assigned to Magistrate Judge Thomas S. Hixson<br><br>PLAINTIFF'S MOTION TO EXTEND TIME TO FILE CASE MANAGEMENT STATEMENT AND CONTINUE INITIAL CASE MANAGEMENT CONFERENCE |

## NOTICE OF MOTION AND MOTION

Plaintiff Andrew Mark Smigelski, appearing pro se, respectfully moves under Federal Rule of Civil Procedure 6(b)(1)(A) and Civil Local Rules 6-1(b) and 6-3 for a modest extension of the case-management schedule. Specifically, Plaintiff requests an extension of the date to file the case management statement from December 10, 2026 to January 11, 2027, and a continuance of the initial case management conference from December 17, 2026 to January 21, 2027, or another date convenient to the Court. The initial scheduling order (Dkt. 5) identifies those dates.

## GOOD CAUSE FOR THE REQUEST

1. On November 10, 2026, Plaintiff received written notice from Colombia's Ministry of Foreign Affairs that his application for recognition of refugee status had been admitted for processing and that issuance of an SC-2 temporary stay permit had been requested from Migración Colombia. The notification does not grant final refugee status. A relevant excerpt is submitted as Exhibit A.

2. Following receipt of that notice, Plaintiff experienced a complete cutoff of the funds previously available to him and lost access to paid legal research and drafting tools on which he had relied.

The resulting financial hardship has substantially constrained his ability to research, organize, and prepare papers in this civil action. These financial circumstances are stated on Plaintiff's personal knowledge in the accompanying declaration; Exhibit A establishes the immigration-procedure notification, not the source or cause of the financial cutoff.

3. Plaintiff seeks limited additional time to locate no-cost alternatives and prepare a complete case management statement. The request is made in good faith, not for delay. Without relief, Plaintiff risks being unable to meet the filing obligation despite intending to prosecute this action.

4. Plaintiff submits the accompanying declaration explaining the hardship, the lack of an agreed extension, and the limited scheduling changes requested.

5. The request affects only the case management statement and initial conference, not other deadlines. The limited delay should not materially prejudice Defendants.

**REQUESTED RELIEF**

For these reasons, Plaintiff respectfully asks the Court to grant the requested extension and continuance, or such shorter relief as the Court finds appropriate, and to rule on the papers if practical.

Dated: November 11, 2026, at Medellín, Colombia. Respectfully submitted,

/s/ Andrew Mark Smigelski

Andrew Mark Smigelski

Plaintiff, Pro Se

**DECLARATION OF ANDREW MARK SMIGELSKI IN SUPPORT OF MOTION TO EXTEND TIME**

I, Andrew Mark Smigelski, declare as follows:

1. I am the Plaintiff in this action and am proceeding without counsel. I make this declaration based on personal knowledge.

2. On November 10, 2026, I received the attached notification from the Colombian Ministry of Foreign Affairs admitting my request for recognition of refugee status to the review procedure and advising that issuance of an SC-2 permit had been requested. I understand that this is not a final grant of refugee status. The relevant first page of the notice is attached as Exhibit A.

3. Since receiving that notification, my previously available financial resources have been cut off entirely. I have consequently lost access to the paid legal research and drafting tools I had been using to prepare this litigation. I do not have the funds to replace those subscriptions at present.

4. Without those resources, it is substantially more difficult for me to research legal issues, check legal authorities, and prepare filings in the time otherwise available. I request approximately thirty additional days to make use of free alternatives, stabilize my circumstances, and prepare the case management statement.

5. I am seeking the extension in good faith. Denial would materially impair my opportunity to submit a properly prepared statement. I believe the limited postponement will not materially prejudice any other party.

6. I have not obtained a stipulation extending the deadlines. Given the abrupt disruption of my financial resources and the difficulty of preparing this filing without my customary legal tools, I am submitting this request directly to the Court for its consideration.

7. To the best of my knowledge, there have been no prior stipulated or Court-ordered modifications of the case-management deadlines at issue in this motion.

8. Scheduling effect: I seek to move the case management statement from December 10, 2026 to January 11, 2027, and the case management conference from December 17, 2026 to January 21, 2027, or another date designated by the Court. I request no other changes.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 11, 2026, in Medellín, Colombia.

/s/ Andrew Mark Smigelski

Andrew Mark Smigelski