Gmail

A S <smigelski.andy@gmail.com>

**Notificación admisión a trámite y solicitud de expedición de Salvoconducto de Permanencia SC2 para Resolver Situación de Refugio por primera vez – ANDREW MARK SMIGELSKI**
1 message

**SOLICITUDES EN TRAMITE 2** <solicitudesentramite2@cancilleria.gov.co> Tue, Nov 10, 2026 at 6:05 AM
To: "smigelski.andy@gmail.com" <smigelski.andy@gmail.com>

Señor
**ANDREW MARK SMIGELSKI – Solicitante**
Nacional de Estados Unidos
smigelski.andy@gmail.com
Medellín, Antioquia

De manera atenta le informamos que su solicitud de reconocimiento de la condición de refugiado ha sido admitida y empezará a surtir las etapas del procedimiento que establece el Decreto 1067 de 2015.
Asimismo, hemos solicitado a la Unidad Administrativa Especial Migración Colombia **con sede en MEDELLÍN**, **la expedición del salvoconducto de permanencia SC2 para *Resolver Situación de Refugio* por primera vez,** que deberá reclamar, de forma presencial, en las oficinas de **Migración Colombia,** para lo cual deberá ingresar al siguiente enlace y agendar su cita:
Agendamiento de Citas — Migración Colombia
Para cualquier inquietud sobre la información brindada, así como para validar los requisitos de citas y agendamiento le solicitamos ingresar al enlace Canales de atención y agendamiento de citas - Migración Colombia donde recibirá respuesta por parte de Migración Colombia.

***

Asimismo, le solicitamos leer con atención la siguiente información:

- **La legislación colombiana no establece términos para resolver las solicitudes de refugio**, por lo cual no es posible indicarle qué tiempo tomará el estudio de su solicitud. Le recomendamos estar pendiente del correo electrónico aportado y notificar cualquier cambio en sus datos de contacto al correo **solicitudesentramite@cancilleria.gov.co**
- **La solicitud de reconocimiento de la condición de refugiado es totalmente gratuita y no necesita intermediarios**. Cualquier información relacionada con su solicitud, puede ser solicitada por el titular al correo **solicitudesentramite@cancilleria.gov.co** indicando nombres completos y número de documento de identidad.
- Deberá solicitar la prórroga del salvoconducto de permanencia (SC2) como mínimo, un mes antes de su vencimiento diligenciando y enviando el formato **DP-FO-278 (V2)**.
- **La afiliación de los solicitantes de reconocimiento de la condición de refugiado al Sistema de Seguridad Social en Salud** se prevé en el Decreto 780 de 2016:

> "[…] ***Artículo 2.1.10.4.1*** *Afiliación de los extranjeros solicitantes de la condición de refugiados o asilados. Los extranjeros solicitantes de la calidad de refugiados o asilados ante el Estado colombiano que cuenten con salvoconducto de permanencia se afiliarán al Sistema General de Seguridad Social en Salud como cotizantes o como afiliados al Régimen Subsidiado, si cumplen las condiciones para ello.* […]"

Resaltamos que el procedimiento de determinación de la condición de refugiado **no constituye un trámite de regularización migratoria, ni tampoco un mecanismo de asistencia económica, ni de asistencia en servicios públicos sociales, ni de salud**, sino que corresponde a una **figura de protección internacional, en virtud de la cual un segundo o tercer Estado decide, soberanamente, reconocer o no la condición de refugiado a un extranjero**, a quien presuntamente su país de origen o de última residencia no le habría brindado la protección nacional que dicha persona solicitaba.

**Este correo es solo para respuestas,**
**Continuar con la comunicación en solicitudesentramite@cancilleria.gov.co**

Atentamente,

Cancillería

GIT de Determinación de la Condición de Refugiado
Secretaría Técnica de la CONARE
Viceministerio de Asuntos Multilaterales
solicitudesentramite@cancilleria.gov.co
Teléfono: (601) 3814000
Bogotá, Colombia
www.cancilleria.gov.co/determinacion-condicion-refugiado

(DDGC)

---

**De:** A S <smigelski.andy@gmail.com>
**Enviados:** lunes, 31 de agosto de 2026 8:20:47 a. m. (UTC-05:00) Bogota, Lima, Quito, Rio Branco
**Para:** SOLICITUDES EN TRAMITE <Solicitudesentramite@cancilleria.gov.co>
**Asunto:** Solicitud de reconocimiento de la condición de refugiado – Andrew Mark Smigelski (Estados Unidos) – Ref. S-GDCR-26-021186

Señores
Grupo Interno de Trabajo para la Determinación de la Condición de Refugiado
Ministerio de Relaciones Exteriores
Bogotá D.C.

Respetados señores:

Yo, Andrew Mark Smigelski, ciudadano estadounidense, actualmente en la ciudad de Medellín, Antioquia, presento formalmente mi solicitud de reconocimiento de la condición de refugiado, adjuntando en un único archivo PDF el formulario DP-FO-273 debidamente diligenciado y firmado a mano alzada, junto con sus anexos (fotografía 3x4, copia de licencia de conducir de Ohio como documento de identidad, y anexos documentales de soporte).

Contexto importante: mi solicitud original fue presentada el 3 de junio de 2026. Mediante comunicación S-GDCR-26-021186 (Radicado 1881984-PP, del 21 de julio de 2026), ese Despacho confirmó que dicha solicitud no reposa en los sistemas de intake del GIT-Refugio, Correspondencia ni CIAC. Por lo tanto, el presente envío constituye la radicación de mi solicitud por el canal oficial habilitado, y no una reiteración de trámite en curso.

Como antecedentes de notificación interinstitucional, hago referencia a las comunicaciones EXT26-00093819, OFI26-00113647, OFI26-00125308 y el traslado de la Dirección Nacional de Inteligencia con Radicado 2-2026-2645.

Sobre mi documento de identidad: mi pasaporte estadounidense fue hurtado el 28 de enero de 2026 en Medellín, hecho denunciado ante la Fiscalía General de la Nación (Caso No. 20260370008272). Por esta razón aporto copia de mi licencia de conducir del estado de Ohio como único documento de identidad disponible, conforme se explica en la sección 2.1 del formulario. La explicación de la presentación posterior a los dos (2) meses de mi último ingreso se encuentra en la sección 8.1 del formulario.

Respetuosamente solicito:
1. Confirmación de recibo y número de radicado de la presente solicitud.
2. La admisión a estudio de la solicitud conforme al Decreto 1067 de 2015.
3. La comunicación a Migración Colombia para la expedición del Salvoconducto de Permanencia SC-2, dada mi situación de indocumentación total por el hurto de mi pasaporte.

Autorizo notificaciones al presente correo electrónico: smigelski.andy@gmail.com, teléfono +1 614 607 1230,o +57 314 8811 462 ciudad de Medellín, Antioquia.

Agradezco su atención y quedo atento a cualquier requerimiento adicional.

Cordialmente,

Andrew Mark Smigelski
Nacionalidad: estadounidense
Medellín, Antioquia, Colombia
smigelski.andy@gmail.com

Antes de imprimir este e-mail, piense bien si es necesario hacerlo. En Cancillería estamos cuidando el medio ambiente. El medio ambiente depende de todos.

La información contenida en este correo electrónico y en todos sus archivos anexos, es confidencial y/o privilegiada y sólo puede ser utilizada por la(s) persona(s) a la(s) cual(es) está dirigida. Si usted no es el destinatario autorizado, cualquier modificación, retención, difusión, distribución o copia total o parcial de este mensaje y/o de la información contenida en el mismo y/o en sus archivos anexos está prohibida y son sancionadas por la ley, por favor sírvase borrarlo de inmediato.

En cumplimiento de la Ley 1581 de 2012, el Ministerio de Relaciones Exteriores y su Fondo Rotatorio recolecta sus datos personales para fines legales, contractuales, misionales y con el fin de informarle sobre: el desarrollo de la gestión, las PQRS, las actividades, eventos, campañas, evaluación de la percepción de los trámites y servicios, y promover la participación ciudadana. Sus datos personales pueden ser transferidos y tratados dentro y fuera del país según lo establezca la Ley. Para mayor información consulte: http://www.cancilleria.gov.co

Usted podrá ejercer sus derechos a través de la dirección: Carrera 5 No 9 – 03, Bogotá, Colombia; a nombre de Protección de Datos Personales, Ministerio de Relaciones Exteriores o enviando un email a: contactenos@cancilleria.gov.co.

This email is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Dissemination, distribution or copying of this e-mail or the information herein by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is prohibited. In compliance with Law 1581/2012, the Ministry of Foreign Affairs and its Revolving Fund collects personal data to perform legal, contractual, missional actions, in order to inform its performance, questions, complaints, activities, events, campaigns, assessments of the perception of procedures and services and to promote civic participation. Your personal data may be transferred and handled in this country and elsewhere as permitted by the Law. For further information, please consult: http://www.cancilleria.gov.co.

You may exercise your rights by writing to: the personal Data Protection Deparment, Ministry of Foreign Affairs at: Proteccion de Datos Personales, Ministerio de Relaciones Exteriores, Carrera 5 No. 09-03, Bogotá, Colombia; or email: contactenos@cancilleria.gov.co

---

**Pasos a seguir.pdf**
551K