UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

United States District Court
Northern District of California

ANDREW MARK SMIGELSKI,
Plaintiff,
v.
OPENAI OPCO, LLC, et al.,
Defendants.

Case No. 26-cv-10641-TSH

**ORDER RE: MOTION TO EXTEND TIME**

Re: Dkt. No. 9

On September 17, 2026, Plaintiff Andrew Mark Smigelski filed a complaint (ECF No. 1) and an application to proceed in forma pauperis (ECF No. 2). On October 13 the Court granted the application but found the complaint deficient under 28 U.S.C. § 1915(e). ECF No. 8. The Court directed Plaintiff to file a first amended complaint by November 12, 2026.

Plaintiff has now filed a motion requesting a continuance of the initial case management conference from December 17, 2026, to January 21, 2027. ECF No. 9. The motion does not acknowledge the screening order or request additional time to file an amended complaint, yet that deadline falls before the scheduled case management conference. Because the pleadings must be resolved before the case proceeds to case management, the Court **GRANTS** Plaintiff's motion for additional time as follows. The deadline for Plaintiff to file a first amended complaint is **EXTENDED** to January 11, 2027. The amended complaint must comply with the requirements set forth in the screening order. ECF No. 8. The initial case management conference set for December 17, 2026, and the related deadlines set in the September 17, 2026 scheduling order (ECF No. 5) are **VACATED** pending resolution of the pleadings. The Court will set a case management conference and related deadlines, if appropriate, after the pleadings are resolved.

**IT IS SO ORDERED.**

Dated: November 17, 2026

THOMAS S. HIXSON
United States Magistrate Judge